The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1. Deborah MacDougall
   v. Richard S. Levick
   Record No. 1981-14-4
   Opinion rendered by Judge McCullough on
   February 23, 2016

2. Richard S. Levick
   v. Deborah MacDougall
   Record No. 1982-14-4
   Opinion rendered by Judge McCullough on
   February 23, 2016

3. James Lee Frango
   v. Commonwealth of Virginia
   Record No. 1195-15-3
   Opinion rendered by Judge Russell on
   February 23, 2016

4. Keith Alexander Mayberry
   v. Commonwealth of Virginia
   Record No. 0225-15-3
   Opinion rendered by Judge O'Brien on
   March 8, 2016

5. Lamont Anthony Woods
   v. Commonwealth of Virginia
   Record No. 0315-15-3
   Opinion rendered by Judge Beales on
   March 8, 2016

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. Robert Chianelli, Sr.
   v. Commonwealth of Virginia
   Record No. 0452-14-1
   Opinion rendered by Judge Humphreys
     on April 21, 2015
   Refused (151385)

2. Michael Thomas Terlecki
   v. Commonwealth of Virginia
   Record No. 1681-14-2
   Opinion rendered by Chief Judge Huff
     on June 16, 2015
   Refused (151062)

3. George Lee Hawkins
   v. Commonwealth of Virginia
   Record No. 1270-14-1
   Opinion rendered by Judge Chafin
     on August 4, 2015
   Refused (151348)

The Supreme Court issued an opinion in the following case, which had been appealed from this Court:

1. Michael Allen Luttrell
   v. Samantha Mary Jo Cucco
   Record No. 1768-14-4
   Memorandum opinion rendered by Judge Alston on April 21, 2016
   Judgment of Court of Appeals reversed in part, vacated in part and remanded
     to this Court for remand to trial court for further consideration by opinion
     rendered on April 28, 2016
   (150770)